DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PERRY

No. 1P87.

Case below: 83 N.C. App. 543.

Petition by defendant for writ of supersedeas and temporary stay allowed 7 January 1987 on condition defendant have a good and sufficient bond in the sum of $25,000 to assure his compliance with the judgment of superior court.

STATE v. POOLE

No. 656P86.

Case below: 82 N.C. App. 117.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

STATE v. SHAVERS

No. 710P86.

Case below: 83 N.C. App. 342.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 January 1987.

STATE v. SIMMONS

No. 630P86.

Case below: 80 N.C. App. 725.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 November 1986.

STATE v. STOUTT

No. 690A86.

Case below: 83 N.C. App. 160.

Motion by Attorney General to dismiss appeal for failure to show a substantial constitutional question allowed 6 January 1987.